17

AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**

JUN 3 0 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| HEDER IVAN BURGOS-GIL<br>aka Mario Antonio Ramirez | CASE NUMBER: _08CR 2178-IEG_ |

I, HEDER IVAN BURGOS-GIL, aka Mario Antonio Ramirez, the above named defendant,

who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 -
Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on ___06/30/08___ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

_Ivan Burgos___
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer