AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
AUG 1 4 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** Superseding |
| v. | |
| HEDER IVAN BURGOS-GIL, aka Mario Antonio Ramirez, | CASE NUMBER: 08CR2178IEG |

I, HEDER IVAN BURGOS-GIL, aka Mario Antonio Ramirez, the above named defendant,

who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1326(a) and (b)-Deported Alien Found in the United States (Felony),

being advised of the nature of the charge(s), the proposed **superseding** information, and of my rights, hereby waive in open court on 08/14/08 prosecution by indictment and consent that the proceeding may be by **superseding** information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer